■ MORRIS R. SPELFOGEL et al., Plaintiffs, v ROBERT C. BAKER et al., Defendants. EDWARD E. LAUFER et al., Plaintiffs, v MERRITT-CHAPMAN & SCOTT CORPORATION et al., Defendants. KEEVE ROSENTHAL et al., Plaintiffs, v ROBERT C. BAKER et al., Defendants. FREDRIC E. SCHLUTER et al., as Administrator of the Estate of DOROTHY M. SCHLUTER, et al Appellants, v LOUIS E. WOLFSON et al., Respondents.—Order, Supreme Court, New York County,

entered on November 9, 1976, unanimously affirmed for the reasons stated by Postel, J., at Special Term. Respondents Wolfson and Merritt-Chapman & Scott Corporation shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Evans and Capozzoli, JJ.